```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE ENO,                  :    CIVIL ACTION
                                :    NO. 10-7514
          Plaintiff,            :
                                :
     v.                         :
                                :
LUMBERMENS MERCHANDISING        :
CORP.,                          :
                                :
          Defendant.            :
```

**O R D E R**

**AND NOW**, this **17th** day of **April, 2012,** it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 15) is **DENIED**;

It is hereby further **ORDERED** that Plaintiff's Motion for Leave to File a Sur-Reply (ECF No. 21) is **GRANTED.**[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
EDUARDO C. ROBRENO, J.

---

[1] The Court considered the substance of Plaintiff's Sur-Reply brief in its disposition of Defendant's Motion.